**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| COSTARICA.COM, INC. SOCIEDAD ANONIMA, a foreign corporation; and ALEJANDRO SOLORZANO-PICADO, an individual;<br><br>    Plaintiffs,<br>  v.<br><br><costarica.com>, a domain name;<br><br>    Defendant. | Case No.: 1:16-CV-1465-GBL-TCB |

## NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that Plaintiffs hereby waive oral argument on their *Ex Parte* Motion For Order To Publish Notice of Action filed on December 8, 2016. This is an *in rem* action. The *Res*-Defendant has not been fully served, nor entered an appearance in this action. The *ex parte* motion was filed for the purpose of having the Court enter an Order which would lead to the Defendant receiving all notice of this action required by law. This Notice of Waiver of Oral Argument is filed by the only current party to this action.

DATED this the 8th day of November, 2015.

      /s/ Steven Rinehart
      Steven Rinehart (VSB No. 81,738)
      *Counsel for Plaintiffs*
      110 S. Regent Street, Suite 200
      Salt Lake City, UT 84111
      Telephone: (801) 456-9728
      Fax: (801) 665-1292
      Mobile: (801) 347-5173
      Email: steve@uspatentlaw.us