# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| COSTARICA.COM, INC. SOCIEDAD ANONIMA, a foreign corporation; and ALEJANDRO SOLORZANO-PICADO, an individual; <br><br> Plaintiffs, <br> v. <br><br> &lt;costarica.com&gt;, a domain name; <br><br> Defendant. | Case No.: 1:16-CV-1465-GBL-TCB |

## ORDER TO PUBLISH NOTICE OF ACTION PURSUANT TO 15 U.S.C. § 1125(D)(2)(A)(ii)(II)(bb)

Upon consideration of Plaintiffs' Ex Parte Motion for Order to Publish Notice of Action pursuant to 15 U.S.C. § 1125(d)(A)(ii)(II)(bb), it is hereby ORDERED:

1. That a copy of this Order by published in *The Washington Times* once within 14 days after entry of this Order, and an affidavit shall be filed on Plaintiffs' behalf, no later than 21 days after the entry of the Order, describing the steps that have been taken to comply with this Order.

2. That Plaintiffs mail via the U.S. Postal Service a copy of the Complaint and this Order to the registrant at:

    Amal zakeroco
    Nasr city
    Ciaro 11511
    EGYPT

3. That Plaintiffs email a copy of the Complaint and this Order to the registrant of the domain &lt;costarica.com&gt; at the email listed in the WhoIs registration for the Disputed Domain: alejandropicado@outlook.com .

4. That the domain name <costarica.com> is hereby advised that:

   (a) Plaintiffs have charged that the domain name <costatrica.com> in a complaint with a violation of the Anticybersquatting Consumer Protection Act (ACPA). A copy of the complaint may be obtained by Plaintiff's attorney, Steven Rinehart, at 110 S. Regent Street, Suite 200, Salt Lake City, UT 84111, whose telephone number is 801-347-5173, and whose email is steve@websiteattorneys.com.

   (b) In the event that Plaintiffs prevails against the Disputed Domain in this action, remedies could include forfeiture of the Disputed Domain and transfer of the Disputed Domain to Plaintiffs.

   (c) Any answer or other response to the complaint should be filed with the Clerk of the Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798 within 21 days from the date of publication of this Order in *The Washington Times*. If no appearance or pleading is filed as required by this Order, this Court may render judgment against the Disputed Domain which could include the transfer of the Disputed Domain to Plaintiff.

ENTERED this the 9th day of December, 2016.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge