**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| COSTARICA.COM, INC. SOCIEDAD ANONIMA, a foreign corporation; and ALEJANDRO SOLORZANO-PICADO, an individual;<br><br>Plaintiffs,<br>v.<br><br><costarica.com>, a domain name;<br><br>Defendant. | Case No.: 1:16-CV-1465-GBL-TCB |

# DECLARATION OF STEVEN RINEHART DESCRIBING COMPLIANCE WITH COURT ORDER REGARDING PUBLICATION OF NOTICE

I, STEVEN RINEHART, declare the following:

1. I am a member of the bar of this Court, and counsel of record for Plaintiffs in this action. I have personal knowledge of the information set forth below.

2. On December 9, 2016, the Court entered an Order to Publish Notice of Action pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II)(bb) (the "Order").

3. A copy of the Order was published in *The Washington Times* on December 14, 2016 as required by the Order, and a copy of the publication and Affidavit of Publication is attached hereto as **Exhibit A**.

4. A copy of the Order and Complaint commencing this case was also emailed to the registrant of the domain <costarica.com> on December 19, 2016. A copy of that email is attached hereto as **Exhibit B**.

5. Pursuant to paragraph 4(c) of the Order, the registrant of <costarica.com> is required to appear or otherwise plead in this matter no later than Wednesday, January 4, 2017 or risk entry of default judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 5th day of January, 2017.

    /s/ Steven Rinehart
Steven Rinehart (VSB No. 81,738)
*Counsel for Plaintiff*
110 S. Regent Street, Suite 200
Salt Lake City, UT 84111
Telephone: (801) 456-9728
Fax: (801) 665-1292
Mobile: (801) 347-5173
Email: steve@uspatentlaw.us

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2017 a copy of the foregoing **NOTICE OF COMPLIANCE** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

This document is being sent via international mail to:

Amal zakeroco
Nasr city
Ciaro 11511
EGYPT

/s/ Steven Rinehart
Steven Rinehart