IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| COSTARICA.COM, INC. SOCIEDAD ANOMICA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br><COSTARICA.COM>, )<br>)<br>Defendant. ) | Case No. 1:16-cv-01465 (GBL/TCB) |

## ORDER AND FINAL JUDGMENT

Upon consideration of the Report and Recommendation entered on March 6, 2017 by United States Magistrate Judge Theresa C. Buchanan (Dkt. No. 15), who was designated to conduct a hearing in this matter, upon independent review of the record, and based on no objection having been filed within fourteen days, it is hereby

**ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Buchanan; it is further

**ORDERED** that Plaintiffs Costarica.com, Inc. Sociedad Anonima, a foreign corporation, and Alejandro Solorzano-Picado's Motion for Default Judgment (Dkt. No. 10) is **GRANTED**; it is further

**ORDERED** that for the reasons stated in the Report and Recommendation (Dkt. No. 15), and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT BE ENTERED** in favor of Plaintiffs and against Defendant <costarica.com>; it is further

**ORDERED** that VeriSign, Inc., which is located in this District, is directed to change the registrar of record for <costarica.com> and transfer the exclusive ownership and control of Plaintiffs to an account specified by Plaintiffs' counsel; and it is further

**ORDERED** that Name.com, if selected by Plaintiffs to continue as the registrar, transfer exclusive ownership and control of <costarica.com> to Plaintiffs.

**IT IS SO ORDERED.**

ENTERED this 29th day of March, 2017.

Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge