IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| COSTARICA.COM, INC. SOCIEDAD ANOMICA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> <COSTARICA.COM>, ) <br> ) <br> Defendant. ) | Case No. 1:16-cv-01465 (GBL/TCB) |

## **ORDER AND DEFAULT JUDGMENT**

Upon consideration of the Report and Recommendation entered on March 6, 2017 by United States Magistrate Judge Theresa C. Buchanan (Dkt. No. 15), who was designated to conduct a hearing in this matter, upon independent review of the record, and based on no objection having been filed within fourteen days, it is hereby

**ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Buchanan; it is further

**ORDERED** that Plaintiffs Costarica.com, Inc. Sociedad Anonima, a foreign corporation, and Alejandro Solorzano-Picado's Motion for Default Judgment (Dkt. No. 10) is **GRANTED**; it is further

**ORDERED** that for the reasons stated in the Report and Recommendation (Dkt. No. 15), and pursuant to Federal Rule of Civil Procedure 55, **DEFAULT JUDGMENT BE ENTERED** in favor of Plaintiffs and against Defendant <costarica.com>; it is further

**ORDERED** that VeriSign, Inc., which is located in this District, is directed to change the registrar of record for <costarica.com> and transfer the exclusive ownership and control of Plaintiffs to an account specified by Plaintiffs' counsel; and it is further

**ORDERED** that Name.com, if selected by Plaintiffs to continue as the registrar, transfer exclusive ownership and control of <costarica.com> to Plaintiffs.

**IT IS SO ORDERED.**

ENTERED this 30 day of March, 2017.

Alexandria, Virginia

                                                /s/
                                      Gerald Bruce Lee
                                      United States District Judge